[THE election in Chelmsford was petitioned against and decided upon a mere question of fact as to the number of ratable polls in that town.]

---

### CASE OF JOHN WAITE, MEMBER FROM FALMOUTH.

#### Member convicted of forgery suspended from acting.

A COMMUNICATION was received from the governor, inclosing a letter to him from the solicitor general, stating, that John

[1] 28 J. H. 112.          [2] Same, 153.

Waite, a member from Falmouth, in the county of Cumberland, had been convicted of forgery. The communication having been read, Mr. Waite, the member implicated, presented a memorial, praying for a new trial upon the indictment, which stood continued for judgment, and also a memorial in favor of his character, signed by a great number of persons, both of which were committed to the committee on new trials. The communication from the solicitor general was referred to a special committee; and it was ordered, that Mr. Waite be suspended from exercising the duties of a member, until the house shall have taken further order upon the report of the committee.[1]

The committee on new trials reported a resolve on the memorial of Mr. Waite, granting him a new hearing on the indictment, which passed both branches, and was sent to the governor, but was subsequently returned by him to the house, at their request, and referred to a special committee, who do not appear to have made any report upon it.

The committee on the communication from the solicitor general do not appear to have made any report.

[1] This order was passed on the motion of Mr., afterwards Judge, Story, then a member from Salem.

## 1808—1809.

### COMMITTEE ON ELECTIONS.

Messrs. *John Callender*, of Boston, *Samuel H. Wheeler*, of Lanesborough and New Ashford, *William Baylies*, of Bridgewater, *Abner Morse*, of Medway, *Samuel F. Dickinson*, of Amherst.